December 31, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

OPTIMUM BONUS TEXAS, INC., Appellant

NO. 14-14-00709-CV                  V.

OCWEN LOAN SERVICING, LLC AND HSBC BANK USA, N.A., AS TRUSTEE ON BEHALF OF ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-WM2, ASSET BACKED PASS-THROUGH CERTIFICATES, Appellees

_____

This cause, an appeal from a summary-judgment order signed on May 12, 2014, and made final by a severance order signed on June 17, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**. We order appellant, Optimum Bonus Texas, Inc., to pay all costs incurred in this appeal. We further order this decision certified below for observance.